UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | JUDGMENT IN A CIVIL CASE |
| Plaintiff/Respondent, | Case No. CV 22-104-BLG-SWS |

vs.

BRANDON BEST GORDON,

    Defendant/Movant.

_____

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of April 13th, 2023, entered in CR 19-46-BLG-SWS (Doc. 138), judgment is entered in favor of the United States and against Gordon, and this action is DISMISSED.

    Dated this 13th day of April, 2023.

                                  TYLER P. GILMAN, CLERK

                                  By: /s/ T. Gesh
                                  T. Gesh, Deputy Clerk